STATE of Missouri, Respondent,

v.

Gary D. POKE, Appellant.

WD 77522

Missouri Court of Appeals,
Western District.

ORDER FILED: OCTOBER 27, 2015

Richard Anthony Starnes, Jefferson City, Counsel for Respondent.

Laura Grether Martin, Kansas City, Counsel for Appellant.

Before Division Three: Karen King Mitchell, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Gary D. Poke appeals from a judgment entered upon a jury verdict convicting him of one count of first degree domestic assault and two counts of victim tampering. We affirm. Rule 30.25(b).